**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **KENNY AND SHANA GUNN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 2:25-cv-513** |
| | ) | |
| **STATE FARM FIRE AND CASUALTY COMPANY; et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>NOTICE OF REMOVAL</u>**

COMES NOW **State Farm Fire and Casualty Company** (hereinafter referred to as "State Farm") and removes this cause to the United States District Court for the Middle District of Alabama, Northern Division, respectfully showing unto this Court as follows:

1. This civil action is premised on an insurance claim made by Plaintiffs Kenny and Shana Gunn under a homeowners policy with State Farm as a result of alleged damage sustained to the roof of a house. *See* **Exhibit A**, Compl. ⁋⁋8, 11. The civil action was originally filed on January 15, 2025, in the Circuit Court of Autauga County, Alabama. It was later transferred to the Circuit Court of Elmore County, Alabama and was pending in that state court as CV-2025-000019 at the time of this removal. State Farm was served with the Complaint on January 24, 2025, but the Complaint did not specify the amount of damages being sought by Plaintiffs. When Plaintiff Shana Gunn was deposed on June 11, 2025, she testified that Plaintiffs are seeking damages in excess of $75,000. *See* **Exhibit B**, Depo. Transcript, p. 46. Plaintiff's June 11, 2025, deposition was the first time State Farm learned that Plaintiffs are seeking damages in excess of $75,000. State Farm received said deposition transcript (i.e. "other paper") on June 27, 2025. Accordingly, this notice of removal is filed within the thirty-day period of time prescribed by 28 U.S.C. §

1446(b)(3). Pursuant to 28 U.S.C. § 1446(a), a true, correct and legible copy of all records and proceedings in the state court is attached hereto as **Exhibit A.**

2. **Complete Diversity of Citizenship Exists Between the Parties**. This Court has jurisdiction under 28 U.S.C. § 1332, and removal is proper pursuant to 28 U.S.C. § 1441, in that there is diversity of citizenship among the real and proper parties in interest as follows:

(a) Plaintiffs Kenny and Shana Gunn ("Plaintiffs") are domiciled in and are citizens of Elmore County, Alabama. *See* **Exhibit A**, Unopposed Motion to Transfer Venue.

(b) Defendant State Farm is an insurance company organized and existing under the laws of the State of Illinois, with its principal place of business in Bloomington, Illinois which would establish diversity. *See* State Farm's Conflict Disclosure Statement.

3. **The Amount in Controversy Exceeds $75,000.00**. In addition to diversity of citizenship among the real and proper parties to this cause, this Court has jurisdiction under 28 U.S.C. § 1332, and removal is proper pursuant to 28 U.S.C. § 1441, given that the amount in controversy exceeds $75,000. Plaintiff Shana Gunn testified on June 11, 2025, that Plaintiffs are seeking damages in excess of $75,000. *See* **Exhibit B**, Depo. Transcript, p. 46.

4. **Removal Perfected**. As set forth above, diversity of citizenship exists between the proper parties in this case and the amount in controversy exceeds $75,000. Accordingly, pursuant to 28 U.S.C. §§ 1332 and 1446, the action is removed to this Court.

5. **Notice Provided to the State Court**. In accordance with 28 U.S.C. § 1446(d), State Farm has caused a copy of this Notice of Removal to be filed with the Clerk of the Circuit Court of Tallapoosa County, Alabama. *See* **Exhibit C,** which is a copy of the aforesaid Notice.

Respectfully submitted this 11th day of July, 2025.

*/s/ Felicia A. Long*
Felicia A. Long (ASB-5532-F61L)
Counsel for State Farm

Of Counsel:
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
Montgomery, Alabama 36104
Telephone: (334) 834-7600
Facsimile: (334) 386-4394
flong@hillhillcarter.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon the following listed parties via electronic mail on this the 11th day of July, 2025, and by placing a copy of the same in the United States mail, postage prepaid and properly addressed:

Robert E. Riddle
Harold W. Coker
Hawthorne Atchison Riddle
119 1st Street
Prattville, AL 36067
rob@harlegal.com
hal@harlegal.com

*/s/ Felicia A. Long*
OF COUNSEL