**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **KENNY AND SHANA GUNN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 2:25-cv-513** |
| | ) | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** ***et. al.*** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## JOINT MOTION TO REMAND

---

**COMES NOW** the undersigned counsel, and hereby files this Joint Motion to Remand, and in support thereof states as follows:

1. Plaintiff and Defendant State Farm Fire and Casualty Company, hereby request this Honorable Court to remand the above-styled case back to state court.

2. Said request is being made with the stipulation that the Plaintiffs will not be seeking more than $75,000 in this matter.

**WHEREFORE THE ABOVE PREMISES CONSIDERED**, the undersigned counsel respectfully request that this Honorable Court grant the relief sought herein.

**RESPECTFULLY** SUBMITTED THIS THE 12th DAY OF AUGUST, 2025.

By: *//s// Rob Riddle*
Rob Riddle (RID010)
Counsel for Plaintiffs

*//s// Harold Coker*
Harold Coker (COK007)
Counsel for Plaintiffs

OF COUNSEL:
**HAWTHORNE | ATCHISON | RIDDLE**
119 1st Street
Prattville, Alabama 36067
(334) 356-3239 – Phone
(334) 356-3241 – Facsimile
rob@HARlegal.com
hal@HARlegal.com

*//s// Felicia A. Long*
Felicia A. Long (LON042)
Counsel for Defendant

OF COUNSEL:
**Hill, Hill, Carter, Franco, Cole & Black, P.C.**
425 South Perry Street
Montgomery, Alabama 36104
Telephone: (334) 834-7600
Facsimile: (334) 386-4394
flong@hillhillcarter.com

## CERTIFICATION OF PERMISSION FROM COUNSEL

Plaintiffs' counsel hereby certifies that it sought and received permission from Defendant's counsel to file this Joint Motion to Remand.

*//s// Rob Riddle*
OF COUNSEL

*//s// Harold Coker*
OF COUNSEL